KATHY STEWART *v.* KENNETH TERSAVICH ET AL.
(AC 21268)

Lavery, C. J., and Foti and O'Connell, Js.

Submitted on briefs December 10, 2001—officially released January 15, 2002

Per Curiam. The judgment is affirmed.